**Order entered October 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01117-CV

**DWIGHT BELL, DEBORAH BELL, AND BOB BELL, Appellants**

**V.**

**KAREN LYNN HARRIS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00107-2014**

## ORDER

Based on the Court's opinion of this date, we **ORDER** Janet L. Dugger, as Official Court Reporter for the 296th Judicial District Court, and Collin County District Clerk Andrea Stroh Thompson to file the appellate record without advance payment of costs no later than January 6, 2016. *See* TEX. R. APP. P. 20.1(k).

/s/     CRAIG STODDART
           JUSTICE